960 A.2d 388

WHIRLPOOL PROPERTIES, INC., PLAINTIFF–MOVANT,
v. DIRECTOR, DIVISION OF TAXATION,
DEFENDANT–RESPONDENT.

October 30, 2008.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

960 A.2d 388

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAYSON S. WILLIAMS, DEFENDANT–MOVANT.

November 25, 2008.

ORDERED that the motion for leave to appeal is granted.